JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ROBERTO GUZMAN,** ) | **NO. CV 16-4485-PSG (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **STU SHERMAN,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 6/28/17

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE